UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                  Bankr. Case No. 20-22980

Julio C Chirino                                                Chapter 13

      Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Mercedes-Benz Financial Services USA LLC hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                Mercedes-Benz Financial Services USA LLC
                c/o BK Servicing, LLC
                PO Box 131265
                Roseville, MN  55113-0011

                BK Servicing, LLC

            By  /s/ Ed Gezel

                Ed Gezel, Agent
                BK Servicing, LLC
                PO Box 131265
                Roseville, MN  55113-0011
                651-366-6390
                notices@bkservicing.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on December 15, 2020 :

Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL  33012

Nancy K. Neidich
Www.ch13miami.com
Pob 279806
Miramar, FL  33027

By /s/ Ed Gezel, Agent
    Ed Gezel

516837