RE: Julio C. Chirino                                                                                              Case # 20-22980 AJC

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (Pre 341)**

The Trustee reviewed this case for the meeting of creditors and found the following deficiencies from the Trustee's letter requesting documents and thus objects as follows:  Reviewed documents received prior to: 1/4/21

Tax returns:                              Corporate Tax Returns:

Photo ID/SS card-Unredacted        ✔ LF 90              LF 67            LF 10

Plan does not fund properly

Calculation errors      Missing months/amounts      Inconsistent terms      Plan form completed incorrectly

Attorney fee itemization or Fee Application needed (see court guideline 6)

Missing 2016(B)                                              ✔ Missing Attorney's Declaration & 341 Written Quest.

✔ Other provisions: ✔ IVL         100%      Lawsuit      Gambling      MMM

Reaffirm, redeem or surrender Sch D or G creditor:

MMM Motion not filed   ✔ Valuation motion not filed         Lien Avoidance motion not filed

Priority debt on Schedule E not in plan:

Creditor in Plan is not listed in Schedules or has not filed a POC:

✔ Creditor paid through the Plan has not filed a POC: BALTIMORE

✔ Object or Conform to Proof of Claim:   Miami-Dade County      Tax Certificate (DE#   )      Dept of Revenue
   ✔ IRS

✔ OTHER PLAN ISSUES: Atty fees calc error (Itemized), Mercedes pymt address to match POC 7

Real Estate FMV and Payoff:

Non-Homestead Information Sheet:

✔ Vehicles FMV (NADA/Carmax), Reg and Payoff:  17' MERCEDES, 14' KENWORTH & 18' FLAT BED
   Other:

✔ Bank Account Statements ✔ 3 months pre-petition

Copy of check(s) and/or explanation:

Explanation of withdrawal(s):

401K/Retirement/Pension                    Annuity                    Life Insurance Policy

Domestic Support Obligation form complete with info: name, address and phone

Wage deduction order or Motion to waive

✔ BDQ & attachments            ✔ Profit/loss  ✔ Balance Sheet

✔ Business Bank statements and checks  ✔ 3 months pre-petition

Affidavit of support

Trustee reserves the right to raise additional objects until all requested documents are timely provided. This deficiency is limited to missing documents only. The Trustee will file a Notice of Deficiency with additional document requested and legal issues raised after the 341 - meeting of creditors. I hereby certify that a true and correct copy of the foregoing was   served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by **NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE P.O. BOX 279806, MIRAMAR, FL 33027**

*DOCUMENTS MUST BE RECEIVED OR FILED AND ISSUES ADDRESSED AT LEAST FOURTEEN DAYS PRIOR TO EACH CONFIRMATION HEARING TO AVOID DISMISSAL*