

**ORDERED in the Southern District of Florida on February 1, 2021.**

A. Jay Cristol, Judge
United States Bankruptcy Court

---

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA

In  re:

Julio C Chirino

_____ Debtor(s)          /

Case No.: 20-22980-AJC
Chapter 13

### ORDER SUSTAINING OBJECTION TO CLAIM OF INTERNAL REVENUE SERVICE

THIS MATTER having come to be heard without objection on the consent calendar on January 26, 2021 at 9:00 AM upon Debtor's Objection to Claim of Internal Revenue Service (ECF#15; claim #2-1) and based on the record, IT IS;

ORDERED AND ADJUDGED:

1. The objection to the proof of claim of Internal Revenue Service is SUSTAINED.

2. The liability for the 2019 taxes is reduced to $429.00 as a priority unsecured claim and the remainder is stricken and disallowed.

3. Thus, the total claim shall be allowed for $1,888.68 with a priority portion for the claim at $781.93.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.

Respectfully Submitted:
Robert Sanchez, P.A.

LF-70 (rev. 12/01/09)

355 West 49th Street
Hialeah, FL 33012
Fl. Bar No. 0442161
Telephone: (305) 687-8008
E-Mail: court@bankruptcyclinic.com