

**ORDERED in the Southern District of Florida on March 8, 2021.**

*A. Jay Cristol*
A. Jay Cristol, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Julio Chirino

Case No: 20-22980-AJC-
Chapter 13

_____Debtor(s)___/

**AGREED ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON PERSONAL PROPERTY HELD BY MERCEDES-BENZ FINANCIAL SERVICES**

THIS CASE came to be heard on the *Debtor's Motion to Value and Determine Secured Status of Lien on Personal Property* (DE __35__; the "Motion"). Based upon the debtor's assertions made in support of the Motion, noting the agreement of the parties in this matter, and being duly advised in the premises, the Court FINDS as follows:

A. The value of the debtor's personal property (the "Personal Property") more particularly described as follows *(Select only one)*:

_X_ Motor vehicle described as follows:
Year and Model of motor vehicle:
2017 Mercedes-Benz C43 AMG

LF-103 (06/14/10)

    Sedan 4D

    Vehicle Identification Number (VIN #):

    55SWF6EB8HU180815

    Odometer reading: 17,195 miles

___ Personal property other than a motor vehicle described as follows:

is $ _33,925.00_ at the time of the filing of this case.

Consequently, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Lender has an allowed secured claim in the amount of $ _33,925.00_.

3. (Select only one):

   ___ Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of scheduled secured claim, regardless of the original classification in the proof of claim as filed. Lender's secured claim shall be paid through the plan at _____% for a total of $_____.

or

   _X_ Lender filed a proof of claim in this case [POC#7]. It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $4,179.95 , regardless of the original classification in the proof of claim as filed. Lender's secured claim shall be paid through the plan at _5.25_ %

LF-103 (06/14/10)

        for a total of $__38,645.97__.

4. The Personal Property may not be sold or refinanced without proper notice and further order of the Court.

5. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

6. Upon notification that the debtor has received a discharge, the creditor shall take all steps necessary to release the lien upon the personal property.

7. Mercedes-Benz Financial Services USA LLC shall retain its lien in the 2017 Mercedes-Benz C43 AMG Sedan 4D, VIN 55SWF6EB8HU180815, until Mercedes is paid in full pursuant to the terms of any confirmed plan and valuation order, and debtor receives a discharge.

###

**Submitted by:**
Robert Sanchez, Esq.
Robert Sanchez, P.A.
355 West 49th Street
Hialeah, FL 33012
Tel: (305) 687-8008
Fl Bar No. 0442161

Attorney _Sanchez_ is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.

LF-103 (06/14/10)