

ORDERED in the Southern District of Florida on March 12, 2021.

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                CASE NO. 20-22980-AJC

JULIO CHIRINO,                            Chapter 13

    Debtor.
_____/

**AGREED ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON PERSONAL PROPERTY HELD BY ENGS COMMERCIAL FINANCE CO.**

**THIS CAUSE** came before the Court upon the Debtor's Motion to Value and Determine Secured Status of Lien on Personal Property (ECF 32; the "Motion"). Based upon the debtor's assertions made in support of the Motion, having considered the record in this case, noting the agreement of the parties and their consent to the entry of this Order, the Court FINDS as follows: The value of Debtor's personal property (the "Personal Property") more particularly described as follows:

    X Motor vehicle described as follows:

    Year and Model of motor vehicle: 2018 MAC 48 FT FLAT BED Trailer

    Vehicle Identification Number (VIN #): 5MAPA4828JA043885

    Odometer reading: High mileage

    ___ Personal property other than a motor vehicle described as:

is $24,000.00 at the time of the filing of this case. Consequently, it is **ORDERED** as follows:

    1. The Motion is **GRANTED**

    2. Lender has an allowed secured claim in the amount of $24,000.00.

3. (Select only one):

___ Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of scheduled secured claim, regardless of the original classification in the proof of claim as filed. Lender's secured claim shall be paid through the plan at ____% for a total of $_____.

OR

**X** Lender filed a proof of claim in this case. It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $1,964.38, regardless of the original classification in the proof of claim as filed. Lender's secured claim shall be paid through the plan at 5.25 % for a total of $27,339.82.

4. The Personal Propertymay not be sold or refinanced without proper notice and further order of the Court.

5. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

6. Upon notification that the debtor has received a discharge, the creditor shall take all steps necessary to release the lien upon the personal property.

# # #

Submitted by:
Robert Sanchez, Esq.
Florida Bar No. 0442161
Robert Sanchez, P.A.
355 West 49th Street
Hialeah, FL 33012
Tel: (305) 687-8008

Attorney Robert Sanchez directed to serve a copy of this Order within the time frame established by Local Rule 5005-1(G)(1)(c) and to file a certificate of service conforming with the requirements of Local Rule 2002-1(f).

LF-103 (06/14/10)