UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:
Julio C Chirino                                                        Case No. 20-22980-AJC
　　Debtor.                                                             Chapter 13
_____/

## MOTION TO VACATE ORDER SUSTAINING OBJECTION TO CLAIM OF INTERNAL REVENUE SERVICE [ECF NO. 26]

**COMES NOW,** the Debtor, Yanitza Hernandez by and through her undersigned counsel and file this Motion to Vacate Order Sustaining Objection to Claim [ECF No. 26] and as grounds states as follows:

1. On or about November 30, 2020, the instant case was filed.

2. On or about February 2, 2021, the Court entered an Order Sustaining Objection to Claim of Internal Revenue Service [# 2-1].

3. The Internal Revenue Service filed an amended Proof of Claim at 2-2 that conforms to the Debtor's Fifth Amended Plan.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Vacating Order Sustaining Objection to Claim [ECF No. 26].

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf and U.S. Mail this 21st day of May 2021: to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*_____
    Robert Sanchez, Esq., FBN#0442161