UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Julio Chirino                                          Case No. 20-22980-AJC-

                                                              Chapter 13

_____Debtor(s)_____/

**OBJECTION TO CLAIM**
**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

**If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

**If your entire claim is objected to and this is a chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

**The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

☐     301 North Miami Avenue, Room 150, Miami, FL 33128

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, Debtor objects to the following claim(s) filed in this case:

| Claim No. | Name of Claimant | Amount of Claim |
|---|---|---|
| 13 | Scolopax, LLC | $3,801.73 |

Basis for Objection and Recommended Disposition

On or about 2/15/2021, Creditor filed an unsecured proof of claim in the amount of $3157.81 a Credit Card account ending in xxxxxxxxxxxx1001.

This creditor filed an unsecured claim in the amount of $3,801.73, for account ending in 1001. This debt is not listed on the Debtor's schedule "F", which was obtained from the Debtor's credit report. Further, this creditor has failed to attach any substantiating backup documentation to prove its claim.

LF-24 (rev. 12/01/09)                                         Page 1 of  2

Therefore, the Debtor requests that the Creditor provide the undersigned with substantiating documentation to prove its claim prior to the expiration of the negative notice period for this instant motion; otherwise, the Debtor requests that this claim be stricken and disallowed in its entirety.

WHEREFORE the above-mentioned Debtor, respectfully requests that the Court grant the relief sought herein. *Notwithstanding the requirements of Bankruptcy Rule 3007, up to five objections to claim may be included in one pleading.  (See Local Rule 3007-1(C).)

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true copy of the foregoing was sent on July 22, 2021 electronically to Nancy K. Neidich, Trustee and mailed via U.S. First-Class Mail, unless otherwise noted, to:

Scolopax, LLC  
2003 Western Avenue #340  
Seattle, WA 98121

Rocio Dizon  
2003 Western Avenue #340  
Seattle, WA 98121

Oak Harbor Capital, LLC  
2003 Western Avenue #340  
Seattle, WA 98121

Via cerified mail

Scolopax, LLC  
Jordan Morrison, Supervisor  
c/o Weinstein & Riley, P.S.  
2001 Western Avenue #400  
Seattle, WA 98121

Registered Agent  
Corporation Service Company  
1201 Hays Street  
Tallahasse, FL 32301

**CERTIFICATE OF ADMISSION**

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A). Respectfully Submitted:

                                        **Robert Sanchez, P.A.**  
                                        Attorney for Debtor  
                                        355 West 49th Street  
                                        Hialeah, FL 33012  
                                        Tel. 305-687-8008  
                                        Fax. 305-512-9701

                                        By: /s/ Robert Sanchez_____  
                                              [X]Robert Sanchez, Esq., FBN#0442161

The party filing this objection to claim must file a certificate of service in accordance with Local Rule 2002-1(F).