UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  CASE NO. 20-22980-AJC

Julio C. Chirino,

                                                   CHAPTER 13

        Debtor.

**RESPONSE OF SCOLOPAX, LLC TO DEBTOR'S
OBJECTION TO CLAIM 13-1**

Scolopax, LLC, ("Scolopax") by and through its attorney, responds (the "Response") to Julio C. Chirino (the "Debtor") objection (the "Objection") to Scolopax' Claim 13-1 (the "Claim") as follows:

1. Freedom Truck Finance is the original creditor of the account that was sold and is now owned by Scolopax.

2. The Debtor filed bankruptcy on November 30, 2020. Their petition included on Schedule F an account for Freedom Truck Finance.

3. On February 5, 2021, Scolopax, filed the Claim in the amount of $3,801.73.

4. On December 7, 2015, Debtor filed an objection to the Claim on the grounds that insufficient documentation and that the Debtor claim no knowledge of debt or creditor. *See* - Docket No. 79.

5. The proof of claim should have been filed as a secured proof of claim, not an unsecured proof of claim. The Proof of Claim will be amended to reflect secured proof of claim on a 2014 Kenworth with a vin number of 1XKYD49X2EJ404471.

6. "According to the Eleventh Circuit Court of Appeals, an amended claim should be 'freely' allowed where the purpose is to cure a defect in the claim as originally filed, to

describe the claim with greater particularity or to plead a new theory of recovery on the facts set forth in the original claim.'" *In re Winters*, 380 B.R. 855, 858 (Bankr. M.D.Fla. 2007).

**7.** The proof of claim will be amended to provide the complete chain of assignments which will demonstrate Scolopax standing to bring the Claim and its secured status.

**WHEREFORE**, Scolopax, LLC respectfully requests this Court deny the Objection filed by the Debtor, grant leave to amend the proof of claim as outlined above, and for such other and further relief as the Court deems just and proper.

Dated: August 20, 2021    Respectfully Submitted,

*/s/ Toni Townsend*
Toni Townsend, Bar. No. 1022285
McCalla Raymer Leibert Pierce LLC
110 S.E. 6th Street, Suite 2400
Fort Lauderdale, FL33301
Telephone: (312) 476-5174
Email: Toni.Townsend@mccalla.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:  CASE NO. 20-22980-AJC

Julio C. Chirino,
 CHAPTER 13
      Debtor.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that, pursuant to Local Rule 9076-1, on August 20, 2021 a copy of the Response to Objection to Claim was sent to the following parties through the Court's electronic transmission facilities. As of August 20, 2021 the following parties are Electronic Filing Users:

**Nancy K. Neidich**, Trustee
**Robert Sanchez, Esq**, Attorney for Debtor
**Office of the US Trustee,** U.S. Trustee

By First Class Mail to:

Julio C. Chirino
870 W. 53rd Street
Hialeah, FL  33012-2417

Dated: August 20, 2021           Respectfully Submitted,

                                            /s/ Toni Townsend
                                            Toni Townsend
                                            McCalla Raymer Leibert Pierce LLC
                                            110 S.E. 6th Street, Suite 2400
                                            Fort Lauderdale, FL 33301
                                            Telephone: (312) 476-5174
                                            Email: Toni.Townsend@mccalla.com